### 25074. GARCIA v. THE STATE.

MACINTYRE, J. In *Garcia* v. *State*, 52 *Ga. App.* 80 (182 S. E. 526), special grounds of the motion for a new trial identical with those in the instant case were held to be without merit. We therefore hold that the special grounds in this case are not meritorious.

The general grounds of the motion for a new trial were not argued or insisted on in the brief of counsel for the plaintiff in error, and will be considered as abandoned.

*Judgment affirmed. Broyles, C. J., and Guerry, J., concur.*

DECIDED APRIL 8, 1936.

*James R. Venable, Frank A. Bowers, R. A. Garland,* for plaintiff in error.

*John A. Boykin, solicitor-general, J. W. LeCraw, John H. Hudson,* contra.